IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:14CR60003 |
| | § | |
| KEVIN BOLTON | § | |

## ORDER ALLOWING MEMBERS OF THE DEFENSE TEAM CONTACT VISITATION WITH THE DEFENDANT

On this day came on to be considered the Defendant's request that members of the defense team be allowed contact visitation with the Defendant, Kevin Bolton. After consideration of the request, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the United States Marshall and the Sheriff of Union County, Arkansas, or those acting under their direction and control in housing prisoners in the Union County jail or any other facility having custody of the Defendant, Kevin Bolton, shall allow members of the defense team to have contact visitation with the Defendant, Kevin Bolton, the same as if such were an attorney visitation. This Order shall apply to all persons who have been appointed by Order of this Court to assist the Defendant in preparation of his defense.

IT IS SO ORDERED this 5th day of March, 2014.

Susan O. Hickey
United States District Judge